JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BAILEY, | Case No. EDCV 13-0011-ODW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BOARD OF PAROLE, etc., | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: February 12, 2013

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE